FOIA Summons IH form 4
4/17

UNITED STATES DISTRICT COURT
for the
Southern District of New York

New York Civil Liberties Union

_____
                        Plaintiff
                           v.                                    Civil Action No. 1:18-cv-11557
United States Immigration and Customs Enforcement
_____
                       Defendant

SUMMONS IN A CIVIL ACTION

To:     (Defendant's name and address)

United States Immigration and
Customs Enforcement
500 12th St. SW, Washington,
D.C. 20536

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

New York Civil Liberties Union
125 Broad Street, 19th Floor,
New York, NY 10004

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____                                    _____
                                                    Signature of Clerk or Deputy Clerk