FOIA Summons IH form 4
4/17

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

New York Civil Liberties Union

|                                                    |     |                                      |
|----------------------------------------------------|-----|--------------------------------------|
| _____                    | )   |                                      |
| Plaintiff                                          | )   |                                      |
|                                                    | )   |                                      |
| v.                                                 | )   | Civil Action No.  1:18-cv-11557      |
| United States Immigration and Customs Enforcement  | )   |                                      |
| _____                    | )   |                                      |
| Defendant                                          | )   |                                      |

## SUMMONS IN A CIVIL ACTION

To:     (Defendant's name and address)

United States Immigration and
Customs Enforcement
500 12th St. SW, Washington,
D.C. 20536

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

New York Civil Liberties Union
125 Broad Street, 19th Floor,
New York, NY 10004

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**CLERK OF COURT**

Date:  _____12/13/2018_____          _____  /s/ D. Howie

Signature of Clerk or Deputy Clerk