UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK CIVIL LIBERTIES
UNION,

          Plaintiff,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

          Defendant.

Case No. 1:18-CV-11557

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK      )
COUNTY OF NEW YORK   ) ss:

I, JOHN PARASKEVOPOULOS, being duly sworn, depose and say that:

1. I am not a party to the above-captioned action, am 18 years of age or older, and am an employee of the New York Civil Liberties Union.

2. On the 18th day of December, 2018, I served one true copy of the Plaintiff's Summons and Complaint in the above-captioned action upon the Defendant at each of the following addresses.

3. The addresses at which service was made are as follows:

    United States Immigration and Customs Enforcement
    500 12th St. SW
    Washington, D.C. 20536

    United States Immigration and Customs Enforcement
    c/o United States Attorney's Office for the Southern District of New York
    Attn: Civil Process Clerk
    86 Chambers St., 3rd Floor
    New York, NY 10007

    United States Immigration and Customs Enforcement
    c/o Attorney General of the United States
    United States Department of Justice

950 Pennsylvania Ave. NW
Washington, D.C. 20530

4. The method of service was by USPS Priority mail, Certified.

5. Additionally, on the 18th day of December, 2018, at 2:05 PM, I served one true copy of the same upon the Defendant, care of the United States Attorney for the Southern District of New York, the federal judicial district in which this action is brought, by means of personal delivery.

6. The name of the person served and the address at which service was made are as follows:

   Haojun Li
   Civil Clerk
   United States Attorney's Office for the Southern District of New York
   86 Chambers St., 3rd Floor
   New York, NY 10007

7. The individual who received the Plaintiff's Summons and Complaint at the above address may briefly be described as possessing the following physical characteristics: male, 5'8" tall, 25-40 years old, normal weight, with black hair and light skin.

Dated:   December 18, 2018
         New York, N.Y.

_____
JOHN PARASKEVOPOULOS

Sworn to before me this
___ day of December, 2018

_____
NOTARY PUBLIC

CHRISTOPHER T. DUNN
Notary Public, State of New York
No. 01D04934948
Qualified In New York County
Commission Expires June 30 2022

2