

**Receipt 1 (7017 1000 0000 5357 4585):**
- Certified Mail Fee: $3.45
- Return Receipt (hardcopy): $2.75
- Postage: $6.70
- Total Postage and Fees: $12.90
- Postmark: WHITEHALL FINANCE STATION, DEC 18 2018, NEW YORK, NY 10004-9998
- Sent To: United States Immigration and Customs Enforcement c/o U.S. Attorney for SDNY, Attn: Civil Process Clerk, 86 Chambers St., 3rd Floor, New York, NY 10007

**Receipt 2 (7017 1000 0000 5357 4608):**
- Certified Mail Fee: $3.45
- Return Receipt (hardcopy): $2.75
- Postage: $6.70
- Total Postage and Fees: $12.90
- Postmark: WHITEHALL FINANCE STATION, DEC 18 2018, NEW YORK, NY 10004-9998
- Sent To: United States Immigration and Customs Enforcement c/o Attorney General of the United States, United States Department of Justice, 950 Pennsylvania Ave NW, Washington DC 20530

**Receipt 3 (7017 1000 0000 5357 4592):**
- Certified Mail Fee: $3.45
- Return Receipt (hardcopy): $2.75
- Postage: $6.70
- Total Postage and Fees: $12.90
- Postmark: WHITEHALL FINANCE STATION, DEC 18 2018, NEW YORK, NY 10004-9998
- Sent To: United States Immigration and Customs Enforcement, 500 12th St. SW, Washington, D.C. 20536