UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK CIVIL LIBERTIES UNION,

    Plaintiff,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

Case No. 18-CV-11557

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK    )
COUNTY OF NEW YORK  ) ss:

I, BEN CHOI, being duly sworn, depose and say that:

1. I am not a party to the above-captioned action, am 18 years of age or older, and am an employee of the New York Civil Liberties Union.

2. On the 30th day of January, 2019, I served one true copy of the Court's Order and Notice of Initial Conference in the above-captioned action upon the Assistant U.S. Attorney representing Defendant in this matter at the following email address.

3. The email address at which service was made is as follows:

   Andrew.Krause@usdoj.gov

4. The method of service was by email after the Assistant U.S. Attorney representing Defendant in this matter consented to service by email on the 30th day of January, 2019.

5. The name of the person served is as follows:

   Andrew Krause
   Assistant U.S. Attorney
   Southern District of New York

Dated:   January 30, 2019
         New York, N.Y.

_____
BEN CHOI


Sworn to before me this
30 day of January, 2019

NOTARY PUBLIC

PAIGE PARKER AUSTIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AU6323147
Qualified in New York County
My Commission Expires April 20, 2019