UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK CIVIL LIBERTIES UNION<br>*Plaintiff,*<br>v.<br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT<br>*Defendant.* | Case No. 1:18-CV-11557-RA |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Paige Austin, undersigned counsel, respectfully moves to withdraw as counsel for the Plaintiff in this matter, as she will no longer be employed by the New York Civil Liberties Union after February 22, 2019. Attorneys from New York Civil Liberties Union will continue to represent the Plaintiff in this matter, and no party will be prejudiced if this motion is granted.

WHEREFORE, undersigned counsel and Plaintiff respectfully request that this Court permit Paige Austin to withdraw as attorney for Plaintiff in this matter.

Respectfully submitted,

/s/ Paige Austin
Paige Austin
NEW YORK CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 19th Floor
New York, New York 10004
paustin@nyclu.org
Tel. 212-607-3398
Fax. 212-607-3318

Dated: February 14, 2019
        New York, New York